UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

HARVEY HERNANDEZ-HERNANDEZ,
Defendant.

Docket No. 2:23-cr-117-1

## INFORMATION

The United States Attorney charges:

### COUNT 1

On or about October 9, 2023, in the District of Vermont, the defendant HARVEY HERNANDEZ-HERNANDEZ, an alien who had been previously removed from the United States and who had not received permission from the United States Secretary for Homeland Security to reapply for admission to the United States, was thereafter found in the United States

8 U.S.C. § 1326 (a)

NIKOLAS P. KEREST (by EAPC)
United States Attorney
Burlington, Vermont
October 13, 2023