# UNITED STATES DISTRICT COURT
for the
District of Vermont

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:23-cr-117-1 |
| | ) | |
| Harvey Hernadez-Hernandez | ) | |
| *Defendant* | ) | |

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2023 OCT 23 AM 10: 41
CLERK
BY_____
DEPUTY CLERK

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/20/2023

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Mark Oettinger, Esq.
*Printed name of defendant's attorney*

_____
*Judge's signature*

Christina Reiss, District Court Judge
*Judge's printed name and title*